### No. 8955.

Circuit Court of Appeals, Sixth Circuit.

Dec. 10, 1941.

## FISSEL v. TRANSAMERICAN FREIGHT LINES, Inc.

### No. 8793.

Circuit Court of Appeals, Sixth Circuit.

Dec. 3, 1941.

Dwyane D. Maddox, of Huntingdon, Tenn., for appellant.

Wm. McClanahan, U. S. Atty., of Memphis, Tenn., for appellee.

Before SIMONS, ALLEN, and McALLISTER, Circuit Judges.

Olds & McCarty, of Mt. Gilead, Ohio, and John Matthews, of Columbus, Ohio, for appellant.

Vorys, Sater, Seymour & Pease, of Columbus, Ohio, for appellee.

Before SIMONS, ALLEN, and MARTIN, Circuit Judges.

PER CURIAM.

The court, upon consideration of briefs and argument in the above cause, is unable to perceive any error in the trial therein, in consequence of which

It is ordered that the judgment below be and it is hereby affirmed.